USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEVELAND CONSTANTINE BROWNE, an individual; THE ESTATE OF WYCLIFFE JOHNSON; and STEELY & CLEVIE PRODUCTIONS LTD,

      Plaintiffs,

v.

RAMÓN LUIS AYALA RODRÍGUEZ, an individual; LUIS ENRIQUE ORTIZ RIVERA, an individual; JUAN G RIVERA VASQUEZ, an individual; EMMANUEL GAZMEY SANTIAGO, an individual; LLANDEL VEGUILLA MALAVÉ, an individual; JUAN CARLOS SALINAS JR., an individual; OSCAR EDWARD SALINAS, an individual; David Alberto Macias, an individual; FRANCISCO SALDAÑA, an individual; VÍCTOR B CABRERA, an individual; CARLOS ISAÍAS MORALES WILLIAMS, an individual; RAFAEL ANTONIO PINA NIEVES, an individual; URBANI MOTA CEDEÑO, an individual; LUIS JORGE ROMERO, an individual; MARCOS MASIS, an individual; JUAN CARLOS OZUNA ROSADO, an individual; NICK RIVERA CAMINERO, an individual; JUAN LUIS MORERA LUNA, an individual; SONY/ATV MUSIC PUBLISHING (UK) LIMITED, an English private limited company; UNIVERSAL MUSIC PUBLISHING, INC., a California Corporation; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; KOBALT MUSIC PUBLISHING LTD, an independent rights management and publishing company; EL CARTEL RECORDS, INC., a Puerto Rican Corporation; GASOLINA PUBLISHING CO, a Puerto Rican Corporation;

22 Civ. 3997 (AT)

**ORDER**

| |
|---|
| SONY MUSIC ENTERTAINMENT, a Delaware General Partnership, DOES 1 through 10,<br><br>                              Defendants. |

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters filed on May 31, 2022.  ECF Nos. 15, 19.  Accordingly, the Clerk of Court is directed to transfer this action to the United States District Court for the Central District of California.  In light of the parties' consent to such transfer, the seven-day waiting period outlined by Local Rule 83.1 is waived.

        SO ORDERED.

Dated: June 1, 2022
        New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge